USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOMA SENGUPTA,

           **Petitioner,**

       -against-

THE ATTORNEY GENERAL OF THE STATE
OF NEW YORK,

           **Respondent.**

**1:16-cv-06967 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Petitioner's letter dated December 16, 2019, requesting a time

extension. Petitioner's request is hereby **GRANTED**. Accordingly, Petitioner shall submit his

objection to Magistrate Judge Gorenstein's Report & Recommendation by **December 26, 2019**.

**SO ORDERED.**

**Dated: December 18, 2019**
       **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

COPIES MAILED