USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOMA SENGUPTA,

                Petitioner,

-against-

THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,

                Respondent.

1:16-cv-06967 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Petitioner's letter dated December 19, 2019, requesting a time extension. Petitioner's request is hereby **GRANTED**. Accordingly, Petitioner shall submit her objection to Magistrate Judge Gorenstein's Report & Recommendation by **January 13, 2020**.

**SO ORDERED.**

Dated: December 30, 2019
      New York, New York

_____
**ANDREW L. CARTER, JR.**
United States District Judge