USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-10-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOMA SENGUPTA,

                Petitioner,

-against-

THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,

                Respondent.

1:16-cv-06967 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Petitioner's letter dated **January 29, 2020**, requesting a time extension. Petitioner's request is hereby **GRANTED**. Accordingly, Petitioner shall submit her objection to Magistrate Judge Gorenstein's Report & Recommendation by **February 24, 2020**.

**SO ORDERED.**

Dated: February 10, 2020
       New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**

COPIES MAILED