USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-3-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOMA SENGUPTA,

    Petitioner,

-against-

THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,

    Respondent.

1:16-cv-06967 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Petitioner's letter dated February 20, 2020, requesting a time extension. Petitioner's request is hereby **GRANTED**. Accordingly, Petitioner shall submit her objection to Magistrate Judge Gorenstein's Report & Recommendation by March 18, 2020.

**SO ORDERED.**

Dated: March 3, 2020
    New York, New York

*/s/ Andrew L. Carter, Jr.*
ANDREW L. CARTER, JR.
**United States District Judge**

COPIES MAILED