USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/23/2020

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**SOMA SENGUPTA,**

       **Petitioner,**

**-against-**

**THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,**

       **Respondent.**

**1:16-cv-06967 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Petitioner's letter dated March 15, 2020, requesting a time extension. Petitioner's request is hereby **GRANTED**. Petitioner shall submit her objection to Magistrate Judge Gorenstein's Report & Recommendation by **May 10, 2020**. Respondents are directed to serve a copy of this Order to Plaintiff no later than **March 30, 2020**. Additionally, Respondents shall file proof of service with the Court on or before **April 1, 2020**.

**SO ORDERED.**

**Dated: March 23, 2020
   New York, New York**

_____
   **ANDREW L. CARTER, JR.
   United States District Judge**