USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/19/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SOMA SENGUPTA,**

                    **Petitioner,**

     **-against-**

**THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,**

                    **Respondent.**

**1:16-cv-06967 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Petitioner's letter dated May 4, 2020, requesting a time extension. Petitioner's request is hereby **GRANTED**. Petitioner shall submit her objection to Magistrate Judge Gorenstein's Report & Recommendation by **June 13, 2020**. Respondents are directed to serve a copy of this Order to Plaintiff no later than **May 26, 2020**. Additionally, Respondents shall file proof of service with the Court on or before **May 27, 2020**.

**SO ORDERED.**

**Dated: May 19, 2020**
      **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**