USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/29/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SOMA SENGUPTA,** | |
| Petitioner, | |
| -against- | **1:16-cv-06967 (ALC)** |
| **THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,** | **ORDER** |
| Respondent. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Petitioner's letter dated June 10, 2020, requesting a time extension. ECF No. 54. Petitioner's request is hereby **GRANTED**. Petitioner shall submit her objection to Magistrate Judge Gorenstein's Report & Recommendation by **July 21, 2020**. Respondent is directed to serve a copy of this Order on Plaintiff, and file proof of service on ECF, no later than **July 2, 2020**.

**SO ORDERED.**

**Dated: June 29, 2020**
        **New York, New York**

_____
       **ANDREW L. CARTER, JR.**
       **United States District Judge**