```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/3/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SOMA SENGUPTA,**

                          **Petitioner,**

      **-against-**

**THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,**

                          **Respondent.**

**1:16-cv-06967 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Petitioner's letter dated July 18, 2020, requesting a time extension. ECF No. 57. Petitioner's request is hereby **GRANTED**. Petitioner shall submit her objections to Magistrate Judge Gorenstein's Report & Recommendation by **September 2, 2020**. Any further request for extension must be supported by medical documentation, which the Court grants Plaintiff permission to file under seal.

      Respondent is directed to serve a copy of this Order on Petitioner, and file proof of service on ECF, no later than **August 7, 2020**.

**SO ORDERED.**

Dated: **August 3, 2020**
      New York, New York

                                            _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**