```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/8/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SOMA SENGUPTA,**

        **Petitioner,**

  **-against-**

**THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,**

        **Respondent.**

---

**1:16-cv-06967 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Petitioner's letter dated August 28, 2020, requesting a time extension. ECF No. 60. Petitioner's request is hereby **GRANTED**. Petitioner shall submit her objections to Judge Gorenstein's Report & Recommendation by **October 6, 2020**. Any further request for extension must be supported with medical documentation, which the Court grants Plaintiff permission to file under seal.

  Respondent is directed to serve a copy of this Order on Plaintiff, and file proof of service on ECF, no later than **September 11, 2020**.

**SO ORDERED.**

**Dated: August 3, 2020**
   **New York, New York**

                _____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**