USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/9/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SOMA SENGUPTA,**<br><br>                            **Petitioner,**<br><br>      -against-<br><br>**THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,**<br><br>                            **Respondent.** | **1:16-cv-06967 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Petitioner's letter dated October 3, 2020, requesting a time extension. ECF No. 64. Petitioner's request is hereby **GRANTED**. Petitioner shall submit her objections to Judge Gorenstein's Report & Recommendation by **November 20, 2020**. Any further request for extension must be supported with medical documentation, which the Court grants Plaintiff permission to file under seal.

Respondent is directed to serve a copy of this Order on Plaintiff, and file proof of service on ECF, no later than **October 14, 2020**.

**SO ORDERED.**

**Dated: October 9, 2020**
       **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**