USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

SENGUPTA,

          Petitioner,

     v.

THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,

          Respondent.

-------------------------------------------------------------------x

1:16-cv-06967-ALC-GWG

**ORDER TO SHOW CAUSE**

**ANDREW L. CARTER, JR., District Judge:**

On September 12, 2019, Magistrate Judge Gabriel W. Gorenstein issued a Report and Recommendation recommending that this Court deny the instant habeas corpus petition. ECF No. 32. Petitioner Soma Sengupta has sought and been granted several extensions to file objections to the Report and Recommendation on the basis of a medical condition. Most recently, the Court extended Petitioner Sengupta's time to file objections to November 20, 2020. ECF No. 65. The Court indicated that any further extension must be supported with medical documentation, which the Court granted Petitioner permission to file under seal.

To date, Petitioner Sengupta has not filed objections to the Report and Recommendation or sought a further extension of time to do so. Therefore, Petitioner Sengupta is ORDER TO SHOW CAUSE why she should not be deemed to have waived her right to object to the Report and Recommendation. Such showing must be made in writing by January 27, 2021. Respondent

may make any response by February 10, 2021. Respondent is further ORDERED to serve this Order on Petitioner Sengupta, and file proof of service, by January 6, 2021.

**SO ORDERED.**

**Dated: December 29, 2020**
      **New York, New York**

      */s/ Andrew L. Carter, Jr.*
      **ANDREW L. CARTER, JR.**
      **United States District Judge**