**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

SENGUPTA,                                    :

                        **Petitioner,**     :

                                    :

         **v.**                                      :     **1:16-cv-06967-ALC-GWG**

                                    :     <u>**ORDER**</u>

**THE ATTORNEY GENERAL OF THE STATE**      :

**OF NEW YORK,**                             :

                                    :

                     **Respondent.**     :

-------------------------------------------------------------: x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ____1/21/2021_____

**ANDREW L. CARTER, JR., District Judge:**

On December 29, 2020, the Court issued an Order to Show Cause as to why Petitioner should not be deemed to have waived her right to object to Judge Gorenstein's Report and Recommendation. ECF No. 67. In light of the Court's receipt of Plaintiff's request for an extension of time with tracking information, the Court hereby vacates its December 29, 2020 Order to Show Cause. The Court hereby GRANTS Petitioner's requested extension to January 6, 2021.

To date, the Court has not received objections from Petitioner. Petitioner is hereby ORDERED to submit a response indicating whether objections were filed by January 6, 2021, or if Petitioner seeks a further extension by February 4, 2021. The Court advises Petitioner that pursuant to Standing Order M10-468, pro-se litigants are temporarily permitted to file by email sent to Temporary_Pro_Se_Filing@nysd.uscourts.gov. *See* https://nysd.uscourts.gov/sites /default/files/pdf/covid-19/Notice%20-%20Pro%20Se%20Email.pdf for further details.

Respondent is ORDERED to serve this Order on Petitioner, and file proof of service, by January 25, 2021.

**SO ORDERED.**

**Dated: January 21, 2021**

      **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**