```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------:x
SENGUPTA,                                                   :
                                                            :
                              Petitioner,                   :
                                                            :     16-cv-06967-ALC-GWG
        v.                                                  :     ORDER
                                                            :
THE ATTORNEY GENERAL OF THE STATE                           :
OF NEW YORK,                                                :
                                                            :
                              Respondent.                   :
------------------------------------------------------------:x
```

**ANDREW L. CARTER, JR., District Judge:**

The Court hereby GRANTS Petitioner Sengupta's request for an extension of time to file objections to March 7, 2021. *See* Dkt. 73.

**SO ORDERED.**
**Dated: February 18, 2021**
         **New York, New York**

                                                                                         _____
                                                                                          **ANDREW L. CARTER, JR.**
                                                                                          **United States District Judge**