USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/15/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------:x

SENGUPTA,

                    Petitioner,

        v.

THE ATTORNEY GENERAL OF THE STATE
OF NEW YORK,

                    Respondent.

-----------------------------------------------------------------:x

**16-cv-06967-ALC-GWG**
**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court hereby GRANTS Petitioner Sengupta's request for an extension of time to file objections to April 20, 2021. *See* Dkt. 75.

SO ORDERED.
Dated: March 15, 2021
      New York, New York

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**