UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 21, 2021

----------------------------------------------------------------x

SENGUPTA,

                        **Petitioner,**

         v.                                             **1:16-cv-06967-ALC**

                                                      **ORDER**

THE ATTORNEY GENERAL OF THE STATE
OF NEW YORK,

                        **Respondent.**

----------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of Petitioner's April 18, 2021 letter requesting an extension of time to file objections to Judge Gorenstein's Report and Recommendation in the above-captioned case. *See* ECF No. 77. The Court has previously indicated that any further extension, including Petitioner's pending request for extension until June 8, 2021, must be supported with medical documentation. *See* ECF No. 65. Accordingly, Petitioner's request to file such documentation under seal is **GRANTED.** Petitioner is directed to file medical documentation by **May 5, 2021**.

    Respondent is directed to serve a copy of this Order on Plaintiff, and file a certificate of service on ECF, no later than **April 27, 2021**.

**SO ORDERED.**

**Dated: April 21, 2021**                                      **ANDREW L. CARTER, JR.**
**New York, New York**                                        **United States District Judge**