USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/14/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------:x

SOMA SENGUPTA,

                Petitioner,

v.

THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,

                Respondent.

---------------------------------------------------------------:x

**16-cv-06967-ALC-GWG**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court hereby **GRANTS** Petitioner Soma Sengupta's request for an extension of time to file objections to August 9, 2021. *See* ECF No. 82. To the extent the Parties seek clarification about the Court's ruling on Ms. Sengupta's prior request for an extension to file objections, *see* ECF No. 77, that extension is also **GRANTED** as she submitted timely medical documentation supporting her extension request.

    The Clerk of Court is respectfully directed to seal the filing at ECF No. 82.

    Respondent is directed to serve a copy of this Order on Petitioner, and file proof of service, no later than **July 16, 2021**.

**SO ORDERED.**

Dated: July 14, 2021

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**