USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___8/11/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SENGUPTA,

                Petitioner,

-against-

THE ATTORNEY GENERAL OF
THE STATE OF NEW YORK,

                Respondent.

---

16-CV-06967-ALC-GWG

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Petitioner Soma Sengupta's letter requesting an extension from August 9, 2021 to September 23, 2021 to file objections to Judge Gabriel Gorenstein's Report and Recommendation recommending denial of Petitioner's petition for writ of habeas corpus in the above-captioned action. ECF No. 86.

    Because Petitioner has provided supporting medical documentation with her request, the application is hereby **GRANTED**. Petitioner is directed to file objections to Judge Gorenstein's Report and Recommendation no later than **September 23, 2021**. The Clerk of Court is directed to restrict viewing for ECF No. 86 to the Court only. Respondent is **ORDERED** to serve a copy of this Order on Petitioner and file proof of service no later than **August 13, 2021**.

**SO ORDERED.**

Dated:    **August 11, 2021**
            **New York, New York**

                                                                 **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**