UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_\_\_10/1/2021\_\_\_\_

| SENGUPTA, |
| Petitioner, |
| -against- |
| THE ATTORNEY GENERAL OF THE STATE OF NEW YORK, |
| Respondent. |

16-CV-06967-ALC-GWG

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Petitioner Soma Sengupta's letter dated September 20, 2021 (and received by this Court on September 27, 2021) requesting an extension from September 23, 2021 to November 11, 2021 to file objections to Judge Gabriel Gorenstein's Report and Recommendation recommending denial of her petition for writ of habeas corpus in the above-captioned action. ECF No. 89.

For good cause shown, the application is hereby **GRANTED**. Petitioner is directed to file objections to Judge Gorenstein's Report and Recommendation no later than **November 11, 2021**. The Clerk of Court is directed to restrict viewing for ECF No. 89 to the Court only. Respondent is **ORDERED** to serve a copy of this Order on Petitioner and file proof of service no later than **October 4, 2021**.

**SO ORDERED.**

Dated: October 1, 2021
New York, New York

_____
**ANDREW L. CARTER, JR.**
United States District Judge