**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

Soma Sengupta,

                     Petitioner,

  -against-

The Attorney General of the
State of New York,

                     Respondent.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/9/2021

**1:16-CV-6967-ALC-GWG**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 1, 2021, I directed Respondent to serve a copy of my order of the same date on Petitioner and file proof of service on ECF no later than October 4, 2021. ECF No. 90. To date, Respondent has not filed proof of service on ECF or otherwise provided notice to the Court on ECF that Petitioner has been served my October 1, 2021 Order.

Accordingly, Plaintiffs are hereby **ORDERED** to serve a copy of my October 1, 2021 Order at ECF No. 90, as well as the instant order, on Petitioner by first class mail and file proof of service on ECF on or before **November 12, 2021**.

**SO ORDERED.**

**Dated:** Nov. 9, 2021
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**