UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___2/17/2022___

SOMA SENGUPTA,

               Petitioner,

-against-

THE ATTORNEY GENERAL OF
THE STATE OF NEW YORK,

               Respondent.

1:16-CV-06967-ALC-GWG

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Petitioner Soma Sengupta's letter dated February 7, 2022 (and received by this Court on February 15, 2022) requesting an extension until March 23, 2022 to file objections to Judge Gabriel Gorenstein's Report and Recommendation recommending denial of her petition for writ of habeas corpus in the above-captioned action. ECF No. 100.

    For good cause shown, the application is hereby **GRANTED**. Petitioner is directed to file objections to Judge Gorenstein's Report and Recommendation no later than **March 23, 2022**. The Clerk of Court is directed to restrict viewing for ECF No. 100 to the Court only. Respondent is **ORDERED** to serve a copy of this Order on Petitioner and file proof of service no later than **February 18, 2022**.

**SO ORDERED.**

    Dated: **February 17, 2022**
            **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**