UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:    4/4/2022
```

SOMA SENGUPTA,

                Petitioner,

-against-

THE ATTORNEY GENERAL OF
THE STATE OF NEW YORK,

                Respondent.

1:16-CV-06967-ALC-GWG

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Petitioner Soma Sengupta's letter dated March 23, 2022 (and received by this Court on March 25, 2022) requesting an extension until May 9, 2022 to file objections to Judge Gabriel Gorenstein's Report and Recommendation recommending denial of her petition for writ of habeas corpus in the above-captioned action. ECF No. 103.

    For good cause shown, the application is hereby **GRANTED**. Petitioner is directed to file objections to Judge Gorenstein's Report and Recommendation no later than **May 9, 2022**. The Clerk of Court is directed to restrict viewing for ECF No. 103 to the Court only. Respondent is **ORDERED** to serve a copy of this Order on Petitioner and file proof of service no later than **April 7, 2022**.

**SO ORDERED.**

    **Dated:** April 4, 2022
                **New York, New York**

                                                                    _____
                                                                    **ANDREW L. CARTER, JR.**
                                                                    **United States District Judge**