UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_Sept. 6, 2022\_\_

---

SOMA SENGUPTA,

                               Petitioner,

-against-

THE ATTORNEY GENERAL OF
THE STATE OF NEW YORK,

                               Respondent.

1:16-CV-06967-ALC-GWG

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Petitioner Soma Sengupta's letter dated August 15, 2022 (and received by this Court on August 18, 2022) requesting an extension until October 12, 2022 to file objections to Judge Gabriel Gorenstein's Report and Recommendation recommending denial of her petition for writ of habeas corpus in the above-captioned action. ECF No. 107. For good cause shown, the application is hereby **GRANTED**.

      In light of Petitioner's medical condition, and to allow the Court to examine Petitioner's arguments, we ask that Ms. Sengupta state her objections to Judge Gorenstein's Report and Recommendation orally. As such, the Court will schedule a telephonic conference on **October 12, 2022 at 10:00am Eastern Time**. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660)

      The Clerk of Court is directed to restrict viewing for ECF Nos. 106 and 107 to the Court only. Respondent is **ORDERED** to serve a copy of this Order on Petitioner and file proof of service no later than **September 12, 2022**.

**SO ORDERED.**

Dated: Sept. 6, 2022
         New York, New York

                                                                                     **ANDREW L. CARTER, JR.**
                                                                                     **United States District Judge**