UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOMA SENGUPTA,

                Petitioner,

-against-

THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,

                Respondent.

1:16-CV-06967-ALC-GWG

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Petitioner Soma Sengupta's letter dated November 20, 2022 (and received by this Court on December 20, 2022) requesting a date to respond to the New York Attorney General's opposition to Petitioner's objections to the R&R at ECF No. 115. *See* ECF No. 116.

    In light of Petitioner's medical condition, and to allow the Court to examine Petitioner's arguments, we ask that Ms. Sengupta state her reply to the Attorney General's arguments at ECF No. 115 orally. As such, the Court will schedule a telephonic conference on **February 14, 2023 at 10:00am Eastern Time.** All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

    Respondent is **ORDERED** to serve a copy of this Order on Petitioner and file proof of service no later than **January 17, 2023**.

**SO ORDERED.**

**Dated:** Jan. 12, 2023
          New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**