**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x

SOMA SENGUPTA,                              :
                                            :
                              Plaintiff,    :
                                            :
              -against-                     :
                                            :
THE ATTORNEY GENERAL OF                     :
THE STATE OF NEW YORK ,                     :
                                            :
                              Defendant.    :
                                            :
------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-17-23

16-CV-6967 (ALC)(GWG)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Telephonic Conference is set for **February 17, 2023** at **11:00 a.m.**

All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

Members of the public and the press may attend the telephonic conference by dialing same

number.

**SO ORDERED.**

Dated:      New York, New York
            February 14, 2023

ANDREW L. CARTER, JR.
United States District Judge