UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
SOMA SENGUPTA,

                *Petitioner*,

     -against-

THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,

                *Respondent*.

-------------------------------------------------------------------- x

1:16-cv-06967 (ALC) (GWG)

CONFERENCE ORDER

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic conference in this action on Wednesday, August 23, 2023 at 2:00PM Eastern Time. The Court will grant Petitioner the opportunity to respond to the Government's response to Petitioner's objections to Magistrate Judge Gorenstein's report and recommendation.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:    July 26, 2023**
             **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**