UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
SOMA SENGUPTA,

                        *Petitioner*,

     -against-

THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,

                       *Respondent*.
------------------------------------------------------------- x

1:16-cv-06967 (ALC) (GWG)

AMENDED CONFERENCE ORDER

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of Defendant's letter dated July 26, 2023. ECF No. 124. The Court will hold a telephonic conference in this action on Monday, August 7, 2023 at 12:00PM Eastern Time. The Court will grant Petitioner the opportunity to respond to the Government's response to Petitioner's objections to Magistrate Judge Gorenstein's report and recommendation.

       All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**     **July 27, 2023**
             **New York, New York**

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**