UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
SOMA SENGUPTA,

                *Petitioner*,

    -against-

THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,

                *Respondent*.

-------------------------------------------------------------------- x

1:16-cv-06967 (ALC) (GWG)

CONFERENCE ORDER

**ANDREW L. CARTER, JR., District Judge:**

    The Court held a telephonic conference hearing on August 7, 2023, and Petitioner did not appear. The Court will now hold a telephonic conference in this action on Wednesday, August 16, 2023 at 10:00AM Eastern Time. The Court will grant Petitioner a final opportunity to respond orally to the Government's response to Petitioner's objections to Magistrate Judge Gorenstein's report and recommendation. If the Petitioner does not appear, her right to reply will be deemed waived.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**     **August 7, 2023**
                **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**