UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
SOMA SENGUPTA,

                *Plaintiff*,

        -against-

THE ATTORNEY GENERAL OF THE STATE OF
NEW YORK,

                *Defendants*.

-------------------------------------------------------------------- x

1:16-cv-06967 (ALC)(GWG)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    On September 9, 2024, this Court received the original death certificate for Plaintiff Soma Sengupta, who passed away on August 17, 2024. On September 12, 2024, this Court ordered Defendants to show cause as to why this Court should not dismiss this case as moot per *Bumpus v. Warden, Clinton Correctional Facility*, 426 F. App'x 21, 22 (2d Cir. 2011) and *Rivera v. Pearlman*, No. 02 Civ. 2399 (LAK), 2004 WL 533333 (S.D.N.Y. Mar. 16, 2004). ECF No. 130.

    On September 17, 2024, Defendants responded that "[i]n light of this authority, respondent accordingly sees no reason why the habeas petition should not be dismissed as moot." ECF No. 131. The Clerk of Court is hereby directed to close this case.

**SO ORDERED.**

**Dated:  September 27, 2024**
           **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**